**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SHAWN EGGSWARE,**

              **Plaintiff,**          1:21-cv-933
                                                      (GLS/ML)
      **v.**

**ALBANY MASONIC TEMPLE,**

              **Defendant.**

**APPEARANCES:**                     **OF COUNSEL:**

**FOR THE PLAINTIFF:**
SHAWN EGGSWARE
Plaintiff, *Pro Se*
66 2nd Street
Waterford, NY 12188

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation (R&R) by Magistrate Judge Miroslav Lovric, duly filed March 28, 2022. (Dkt. No. 8.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 8) is

**ADOPTED** in its entirety; and it is further

    **ORDERED** that plaintiff's amended complaint (Dkt. No. 6) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B); and it is further

    **ORDERED** that the clerk is directed to close this case; and it is further

    **ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

April 14, 2022
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge